ORDER IS DEFECTIVE.

Date signed August 26, 2015

NOT AN ORDER

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LITIGATION ENFORCEMENT GROUP<br>ASSIGNEE OF BOB COLTON ENT. | * | |
| Plaintiff | * | |
| vs. | * | CASE NO. 03-58769 |
| RAYMOND G. GRAUER, JR.<br>Defendant /Debtor<br>Located: 221 Kershaw Ct<br>Joppa, MD 21085 | * | ADVERSARY NO. 03-08172 |

*************************************************************************

**ORDER GRANTING PLAINTIFF'S MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT SHOULD NOT BE HELD IN CONTEMPT FOR FAILURE TO RESPOND TO POST-JUDGMENT DISCOVERY**

Upon consideration of Plaintiffs' Motion to Show Cause, it is this day , ORDERED that Plaintiffs' Motion to Show Cause is GRANTED; and

IT IS FURTHER ORDERED the Defendant shall show cause within_____days from the date of this Order, on why he should not be held in contempt of Court for failing to adhere to the Court's June 2, 2015, Order, requiring him to respond to Plaintiff's post-judgment discovery;

IT IS FURTHERED ORDERED, that should the Defendant fail to show cause by the date provided, the Court may find him in civil contempt;

IT IS FURTHER ORDERED that Plaintiffs shall submit to Defendants, within 10 days of this order, a statement of fees and costs incurred in seeking Defendants' compliance with discovery in this case;

cc:
Kim Parker, Esq.

Via Electronic Notice
Counsel for Plaintiff

Raymond Grauer
221 KERSHAW CT
JOPPA, MD 21085
DEFENDANT/PRO-SE

END OF ORDER

NOT AN ORDER