**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LITIGATION ENFORCEMENT GROUP<br>ASSIGNEE OF BOB COLTON ENT. | * | |
| | * | Chapter 7 |
| Plaintiff<br>vs. | * | CASE NO.**03-58769** |
| RAYMOND G. GRAUER, JR.<br>Defendant /Debtor | * | |
| | * | ADVERSARY NO.**03-08172** |

* * * * * * * * * * * * *

**PEITITON REQUESTING ORDER DIRECTING DEFENDANT TO APPEAR FOR EXAMINATION IN AID OF ENFORCEMENT OF JUDGMENT**

Litigation Enforcement Group, Plaintiff and Judgment Creditor, through counsel, as its Petition Requesting Order Directing Defendant to Appear for examination in Aid of Enforcement of Judgment, pursuant to F.R.Civ. P 69, respectfully says:

1. This Court entered judgment in Plaintiff's favor against Defendant Raymond G. Grauer, Jr.. on December 16, 2003 in the amount of $341,233.00 plus costs. The judgment has not been satisfied.

2. Plaintiffs respectfully request that this Court summon the Defendant to appear for examination under oath in aid of enforcement of judgment, pursuant to F.R.Civ.P. 69 and Rule 2-633 of the Maryland Rules of Civil Procedure.

3. The Judgment Creditor further requests that the Defendant be directed to produce at the examination all papers, books, and accounts in his possession, custody or control, relating to its assets, income, expenditures, property, credit and business transactions as listed in Exhibit A attached hereto.

WHEREFORE, Plaintiff respectfully requests that this Court enter an order in the form annexed hereto, and for such other and further relief as justice may require.

Respectfully Submitted,

THE LAW OFFICES OF KIM PARKER, P.A.

/s/ Kim Parker /s/

______________________________

Kim Parker, Esquire (Bar No. 23894)
2123 Maryland Avenue
Baltimore, Maryland 21218
410-234-2621
F:410-234-2612
E: kp@kimparkerlaw.com