**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| LITIGATION ENFORCEMENT GROUP<br>ASSIGNEE OF BOB COLTON ENT. | * | |
| | * | Chapter 7 |
| Plaintiff | * | |
| vs. | * | CASE NO.**03-58769** |
| RAYMOND G. GRAUER, JR.<br>Defendant /Debtor | * | |
| | * | ADVERSARY NO.**03-08172** |

* * * * * * * * * * * * *

**EXHIBIT A**

1) Your federal and state personal income tax returns, with all attachments, for the past two (2) years.

2) All documents you or anyone else used in the preparation of your federal, state and/or local income tax returns for all the tax years for the past two (2) years.

3) Copies of any other documents showing any income received by you from any source whatsoever for the past two (2) years.

4) The ledger portion and monthly statements from any bank account in which you have or have had a direct or indirect interest from April 1, 2016 through the present.

5) All records or indicia of ownership or interest in any trust, corporation, partnership, joint venture or any other business venture in which you have or have had a direct or indirect interest from January 1, 2012 through the present.

6) All existing insurance policies on your life which have a cash surrender value or any policies which covered your life from January 1, 2015 through the present.

7) All instruments or documents or records illustrating indicia of ownership or any other interest you have in any other asset not heretofore mentioned.

8) All financial statements, loan applications or any similar documents prepared by you or on your behalf from January 1, 2015 through the present. These are to include personal statements as well as statements for any business in which you

9) have any interest.

10) Evidence of any transaction in which you are involved wherein money was loaned by you to an individual or entity from January 1, 2015 through the present., as well as any evidence of any loan made to you (whether business or personal) for whatever purpose from January 1, 2014 through the present.

11) Any real estate listing agreements signed by you from January 1, 2014 through the present.

12) Any and all documents relating to any transactions relating to the purchase, sale, use and/or transfer of real estate in which you have been involved from August 1, 2007 through the present.

13) All books, calendars, diaries and any similar compilations maintained by you or

14) for you, whether for business or personal reasons, from January 1, 2014 through the present.

15) Your W-2 and 1099 forms from January 1, 2013 through the present.

16) All K-1 statements for the past two (2) years through the present.

17) Any and all documents illustrating an appraised fair market value obtained by you or any agent for you with regard to any item of real or personal property in which you claim any interest, said appraisal having been accomplished from August 1, 2013 through the present.

18) Any records pertaining to or which are evidence of any current outstanding indebtedness or contingent indebtedness specifically pertaining to any suits now pending or previously pending in any court whatsoever and all cases resolved without litigation or presently being negotiated.

19) Evidence of any and all payments made to or received by you from any investment or employment for items other than salary or draw from January 1, 2015 through the present.

20) ) Any and all documents, including but not limited to closing statements, deeds or deeds of trust, relating to any parcel of real property that you, either individually or with another person or persons, have bought and/or sold from January 1, 2015 through the present.

21) Documents regarding your ownership interest in and value of all precious metals, diamonds, gems, artwork, or other similar investments which you currently own, or have an interest in or which you have owned or had an interest in from January 1, 2010 through the present.