**NC4**

March 11, 2019

FILED
MAIL

2019 MAR 13 AM 10: 43

U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

**VIA OVERNIGHT MAIL**

Kim Parker, Esq.
Law Offices of Kim Parker, P.A.
2123 Maryland Avenue
Baltimore, MD  21218

Office of the Clerk
U.S. Bankruptcy Court for the District of Maryland
U.S. Courthouse
101 W. Lombard Street, Suite 8530
Baltimore, MD  21201

    Re:    Litigation Enforcement Group, Assignee of Bob Colton vs. Raymond Grauer Jr.,
             <u>Case No. 03-08172, Chapter 7 - Answer of Garnishee of Wages</u>

Enclosed please find NC4 Inc.'s Answer of Garnishee of Wages and corresponding Certificate of Service in the referenced matter.

Please contact the undersigned if you require further information.

Sincerely,

*Terri Shimohara*

Terri Shimohara
Vice President HR & Administration

cc:    Randall Smith, CFO
       Vicki Hamilton, Senior Counsel

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
at Baltimore

Litigation Enforcement Group, Assignee of Bob Colton
2123 Maryland Avenue
Suite 300
Baltimore, MD 21218

Plaintiff(s)

vs.

Raymond Grauer JR.
221 Kershaw Ct.
Joppa, MD 21085

Defendant(s)

Case No. 03-08172

Chapter 7

FILED MAIL
2019 MAR 13 AM 10: 43
U.S. BANKRUPTCY COURT
DISTRICT OF MARYLAND
BALTIMORE

## ANSWER OF GARNISHEE OF WAGES

The Garnishee in answer to the Continuing Wage Attachment, says:

1. __X__ The Judgment Debtor/Employee IS NOT employed by this Garnishee.

2. _____ The Judgment Debtor/Employee IS employed by this Garnishee.

   Rate of Pay _____
   Pay Period _____

3. _____ There are prior attachments/liens against this employee's wages, as follows:

| Name and Address of Court | Case No. | Plaintiff and Address | Date Attached | Amount of Judgment |
|---|---|---|---|---|
|  |  |  |  |  |

(Continue on separate sheet if needed)

4. _____ The Garnishee desires to contest the Attachment and does assert on behalf of the Judgment Debtor/Employee the following defense(s) (continue on separate sheet if needed):

_Teru Shimohara_
Garnishee or Attorney

### CERTIFICATE OF SERVICE

I hereby certify that I mailed (or ☐ served by _via FedEx_) a copy of this answer to the following parties on this _12_ day of _March_, _2019_

Name: Kim Parker Esq.
Address: Law Offices of Kim Parker, P.A.
2123 Maryland Avenue
Baltimore, MD 21218

(Continue on separate sheet, if needed)

Office of the Clerk
U.S. Bankruptcy Court for the District of Maryland
U.S. Courthouse
101 W. Lombard St, Suite 8530
Baltimore, MD 21201

Garnishee